x:\tc51668\appear

WDJ/ls
File No.: TC-51668

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
WLODZIMIERZ WIERZBICKI AND ALICJA B
WIERZBICKA,

      Plaintiffs,

  -against-

100 CHURCH LLC, 160 WATER ST., INC., 160 WATER
STREET ASSOCIATES, 222 BROADWAY, 4101
AUSTIN BLVD CORPORATION, 53 PARK PLACE
LLC, 90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC, CHASE
MANHATTAN BANK CORPORATION, CUSHMAN &
WAKEFIELD, INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVIVCES CO.,
LIONSHEAD 110 DEVELOPMENT LLC, LIONSHEAD
DEVELOPMENT LLC, MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ONE WALL
STREET HOLDINGS, LLC., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
SWISS BANK CORPORATION, THE BANK OF NEW
YORK COMPANY, INC., TOSCORP INC., VERIZON
COMMUNICATIONS, INC., VERIZON NEW YORK,
INC, VERIZON PROPERTIES, INC., WESTON

NOTICE OF
APPEARANCE

07 CV 1727

SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D CO., L.P. AND ZAR REALTY MANAGEMENT CORP., ET AL,

       Defendants.
------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 12, 2007

            _____
            WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
            BARRY, McTIERNAN & MOORE
            Attorneys for Defendants
            STRUCTURE TONE, INC. s/h/a
            STRUCTURE TONE (UK), INC. and
            STRUCTURE TONE GLOBAL SERVICES, INC.
            2 Rector Street – 14th Floor
            New York, New York  10006
            (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700