Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER            :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
:
:
:
------------------------------------------------------------X
WLODZIMIERZ WIERZBICKI AND ALICJA B       :   07-CV-01727-AKH
WIERZBICKA,                               :
:
:   **NOTICE OF ADOPTION**
            Plaintiffs,                   :   **OF ANSWER**
:   **TO MASTER COMPLAINT**
- against -                               :   **BY MERRILL LYNCH**
:   **AND 222 BROADWAY**
110 CHURCH LLC, *et al.*,                 :
:   **ELECTRONICALLY FILED**
            Defendants.                   :
------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint, both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

2

WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen
_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
Kenneth H. Frenchman (KF-3635)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501
*Attorneys for Defendants*
MERRILL LYNCH & CO., INC. and
222 BROADWAY, LLC