UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
: 
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
-----------------------------------------------------------------X
WLODZIMIERZ WIERZBICKI (AND WIFE,        : 07-CV-1727-AKH
ALICJA B WIERZBICKA),                                  :
:
      Plaintiff,    : **APPEARANCE**
:
 - against -                                                :
:
110 CHURCH LLC, *et al.*,                              : **ELECTRONICALLY FILED**
:
      Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York      DICKSTEIN SHAPIRO LLP
   October 3, 2007

             By:  __/s/ Judith R. Cohen___
                Judith R. Cohen (JC-8614)
                1177 Avenue of the Americas
                New York, New York 10036
                Phone: (212) 277-6500
                Fax: (212) 277-6501
                *Attorney for Defendants*
                MERRILL LYNCH & CO., INC. and
                222 BROADWAY, LLC