x:\tc51668\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
WLODZIMIERZ WIERZBICKI AND ALICJA B
WIERZBICKA,

                      Plaintiffs,

       -against-

100 CHURCH LLC, 160 WATER ST., INC., 160 WATER
STREET ASSOCIATES, 222 BROADWAY, 4101
AUSTIN BLVD CORPORATION, 53 PARK PLACE
LLC, 90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC, CHASE
MANHATTAN BANK CORPORATION, CUSHMAN &
WAKEFIELD, INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LIONSHEAD
110 DEVELOPMENT LLC, LIONSHEAD
DEVELOPMENT LLC, MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ONE WALL

**NOTICE OF ADOPTION**

07 CV 1727

STREET HOLDINGS, LLC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC., TOSCORP INC., VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK, INC, VERIZON PROPERTIES, INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D CO., L.P. AND ZAR REALTY MANAGEMENT CORP., ET AL,

       Defendants.
-----------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      September 12, 2007

                                      ROGER P. McTIERNAN, JR. (RPM 1680)
                                      BARRY, McTIERNAN & MOORE
                                      Attorneys for Defendants
                                      STRUCTURE TONE, INC. s/h/a
                                      STRUCTURE TONE (UK), INC. and
                                      STRUCTURE TONE GLOBAL SERVICES, INC.
                                      2 Rector Street – 14th Floor
                                      New York, New York  10006
                                      (212) 313-3600