

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>STIPULATION OF DISCONTINUANCE AND ORDER OF DISMISSAL AS TO ZAR REALTY CORPORATION n/k/a SAPIR REALTY MANAGEMENT CORP.<br><br>This order relates to:<br><br>07-CV-1623 (AKH)<br>06-CV-14741 (AKH)<br>07-CV-5562 (AKH)<br>07-CV-5563 (AKH)<br>05-CV-1704 (AKH)<br>07-CV-1727 (AKH) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against defendant, ZAR REALTY CORPORATION n/k/a SAPIR REALTY MANAGEMENT CORP. only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that ZAR REALTY CORPORATION n/k/a SAPIR REALTY MANAGEMENT CORP. is a proper party to this suit, plaintiff may reinstitute the action without regard to the applicable statute of limitations, assuming said original action was timely commenced, and in such instance these defendants shall not assert the statute of limitations as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
October 3, 2007

_____
Stanley Goos, Esq. (SG-7062)
Harris Beach PLLC
Attorneys for Defendant
ZAR REALTY CORPORATION n/k/a
SAPIR REALTY MANAGEMENT CORP.
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

_____
Christopher LoPalo, Esq. (CL-6466)
Worby Groner Edelman &
Napoli Bern LLP
Attorneys for Plaintiff
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

SO ORDERED: 10-26-07

_____
Hon. Alvin K. Hellerstein