UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| WLODZIMIERZ WIERZBICKI (AND WIFE, ALICIA B WIERZBICKI<br><br>     Plaintiffs,<br><br> -against-<br><br>110 CHURCH, LLC., ET. AL.,<br><br>     Defendant.<br><br>See Rider Attached. | Case No.:<br>21 MC 102 (AKH)<br><br>Docket No.: 07CV01727<br><br>NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT<br><br>Jury Trial Demanded |

------------------------------------------------------------------X

  Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
    *January 10, 2008*

          Yours etc.,

         CALLAN, KOSTER, BRADY & BRENNAN, LLP
         Attorneys for Defendants - BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM

         By: _____
           Vincent A. Nagler ( 6400)
         One Whitehall Street
         New York, New York 10004
         (212) 248-8800

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

AO 440 (Rev 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

WLODZIMIERZ WIERZBICKI (AND WIFE, ALICJA
B WIERZBICKA)

**SUPPLEMENTAL SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: (AKH)
07CV1727

110 CHURCH LLC, ET. AL.,

SEE ATTACHED RIDER,

TO: (Name and address of defendant)

SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
115 Broadway, 12th Floor
New York, New York 10006
212-267-3700

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

SEP 20 2007

DATE

**RIDER**

WLODZIMIERZ WIERZBICKI AND ALICJA B WIERZBICKA,

                                  Plaintiffs,

- against -

110 CHURCH LLC, 160 WATER ST., INC., 160 WATER STREET ASSOCIATES, 222 BROADWAY, LLC, 4101 AUSTIN BLVD CORPORATION, 53 PARK PLACE LLC, 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CHASE MANHATTAN BANK CORPORATION, CUSHMAN & WAKEFIELD, INC., ENVIROTECH CLEAN AIR, INC., G.L.O. MANAGEMENT, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LIONSHEAD 110 DEVELOPMENT LLC, LIONSHEAD DEVELOPMENT LLC, MERRILL LYNCH& CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC., TOSCORP INC., TRIO ASBESTOS REMOVAL, VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B

HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

                                    Defendants.
-------------------------------------------------X