Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY").

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   21 MC 102 (AKH)

WLODZIMIERZ WIERZBICKI (AND WIFE,   Index No.: 07-CV-1727
ALICJA B. WIERZBICKA),

                                           **NOTICE OF ADOPTION OF ANSWER**
           Plaintiff(s),        **TO MASTER COMPLAINT**

   -against-                          **ELECTRONICALLY FILED**

110 CHURCH LLC, *et al.*,

                    Defendant(s).
--------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 4, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendant
                              RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"),

                              By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel