William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION       21 MC 102 (AKH)

_____X

WLODZIMIERZ WIERZBICKI (AND WIFE,
ALICJA B WIERZBICKA)

                                         **NOTICE OF THE
                                         BROOKFIELD
         V.                              PARTIES' ADOPTION OF
                                         AMENDED ANSWER
                                         TO MASTER
                                         COMPLAINT**

160 WATER STREET ASSOCIATES, ET. AL.,
                                         CASE NUMBER: (AKH)
                                         07 CV 1727
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
January 31, 2008

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900