RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br>LOWER MANHATTAN DISASTER SITE<br>LITIGATION (21 MC 102) | Case No.: 1:21 MC 102 (AKH) |

-------------------------------------------------------------------X

| | |
|---|---|
| WLODZIMIERZ WIERZBICKI (AND WIFE,<br>ALICJA B WIERZBICKA), | Docket No.: 07 CV 1727 |
| Plaintiffs, | **NOTICE OF ADOPTION<br>OF ANSWER TO** |
| -against- | **MASTER COMPLAINT** |
| 110 CHURCH LLC, et al., | **ELECTRONICALLY FILED** |
| Defendants. | |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Amended Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant 110 CHURCH, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and

for such other and further relief as this court deems just and proper.

Dated: New York, New York
July 30, 2008

                                                RUBIN, FIORELLA & FRIEDMAN LLP

By: _____/s/ Leila Cardo_____
                                        Leila Cardo (LC-8359)
                                        *Attorneys for Defendant*
                                        110 CHURCH, LLC
                                        292 Madison Avenue - 11th Floor
                                        New York, New York 10017
                                        (212) 953-2381
                                        File No. 344-6879