RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE:                                              Case No.: 1:21 MC 102 (AKH)
LOWER MANHATTAN DISASTER SITE                       **NOTICE OF APPEARANCE**
LITIGATION (21 MC 102)
---------------------------------------------------------------X   **ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

Dated: New York, New York
       August 1, 2008

                                        RUBIN, FIORELLA & FRIEDMAN LLP

                                        By: _____/s/ Leila Cardo_____
                                        Leila Cardo (LC-8359)
                                        *Attorneys for Defendant*
                                        LIONSHEAD 110 DEVELOPMENT, LLC
                                        formerly known as and sued herein as
                                        LIONSHEAD DEVELOPMENT, LLC
                                        292 Madison Avenue - 11th Floor
                                        New York, New York 10017
                                        (212) 953-2381
                                        File No. 344-6879